**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00569-CV

## IN THE INTEREST OF C.D., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-440-W**

## ORDER

The Court has before it appellant's July 3, 2013 motion to set new deadline for filing clerk's record. The Court **GRANTS** the motion and **ORDERS** that the clerk's record be filed within thirty days of the date of this order. The Court **DIRECTS** the Clerk of the Court to send a copy of this order to Gary Fitzsimmons, Dallas County District Clerk; and to the Civil Records Division of the Dallas County District Clerk's office.

/s/     ELIZABETH LANG-MIERS
          JUSTICE